# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE ALEXANDER BARNES <br><br> PLAINTIFF(S) <br><br> v. <br><br> WARREN L MONTGOMERY <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:21–cv–01420 <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____      ____      ____

Date Filed      Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: August 23, 2021          By: _/s/ Luz Hernandez_ _luz_hernandez@cacd.uscourts.gov_
                                              Deputy Clerk